UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X
DAVID FAN, an infant by his Mother
And Natural Guardian ZUHUA CHEN,
And ZUHUA CHEN, Individually,

                    Plaintiffs,

-against-                          ORDER
                                      04-CV-1507
MT. SINAI-NYU MEDICAL CENTER HEALTH    (ERK)
SYSTEMS-NYU DOWNTOWN HOSPITAL
And JOHN DOES "1 through "3",CHARLES
WANG- CHINATOWN HEALTH CENTER,
JOHN DOES "4" through "6",

                    Defendants.
------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ MAY 22 2006 ★
BROOKLYN OFFICE

    ORDERED that all checks from the David Fan Supplemental Needs Trust issued between January 1, 200_ and May 11, 2006, payable to FUSHENG YEE for rental payments and to RONALD J. SCHWARTZ, P.C. for monthly expenses for David Fan, are hereby approved, Nunc Pro Tunc.

    ORDERED that the Trustees of the David Fan Supplemental Needs Trust are hereby authorized to issue the following checks every month from the David Fan Supplemental Needs Trust, held at Suffolk County National Bank, Account Number 28001385211;

1-    The sum of NINE HUNDRED AND FIFTY DOLLARS ($950.00) payable to FUSHENG YE, in connection with rent payments due

2-    The sum of ONE THOUDAND DOLLARS ($1,000.00) payable to ZAHUA CHEN, in connection with monthly expenses for David Fan.

The monthly distribution of the above referenced checks is hereby approved.

                                    s/Edward R. Korman
                                    HON. EDWARD KORMAN